# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEVIN JAMES SULLIVAN**                                                                          **PLAINTIFF**
#26567

v.                              **CASE NO. 3:22-CV-00217-BSM**

**JIMMY D BRUCE JR**, *et al.*                                                                  **DEFENDANTS**

## ORDER

Kevin James Sullivan's motions to proceed *in forma pauperis* [Doc. Nos. 1, 7] are granted, but he must pay the full filing fee. An initial filing fee of $1.63 is assessed. The Administrator of the Green County Detention Facility, or his designee, is directed to send to the clerk of court payments from Sullivan's prison trust account each time the amount in the account exceeds $10.00 until the $350 filing fee is fully paid. 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by this case name and number. The clerk is directed to send a copy of this order to the Administrator of the Green County Detention Facility, 1809 North Rockingchair Rd., Paragould, AR 72450.

The clerk is directed to stay this case because Sullivan may not proceed with this federal claim while his state criminal case, *State v. Sullivan*, 28CR-22-498 (Green County Circuit Court) is pending. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971); *Yamaha Motor Corporation, U.S.A. v. Stroud*, 179 F.3d 598, 603-04 (8th Cir. 1999). Sullivan can move to reopen this case after final disposition of his state criminal case, including appeals. Any motion to reopen must be filed within sixty days of that final disposition. If Sullivan does

not file a timely motion to reopen or a status report by September 20, 2023, then this case may be dismiss without prejudice.

Sullivan's motion for copies of his state probation and parole documents [Doc. No. 4] is denied because the court does not have access to those papers.  Sullivan's motion for status update [Doc. No. 5] is granted.  The clerk is directed to send Sullivan a copy of the docket sheet along with this order.

IT IS SO ORDERED this 22nd day of September, 2022.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE