IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN JAMES SULLIVAN                                                         PLAINTIFF

v.                              CASE NO. 3:22-CV-00217-BSM

JIMMY D BRUCE JR, *et al.*                                                  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE