IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN JAMES SULLIVAN**                                                                           **PLAINTIFF**

v.                              CASE NO. 3:22-CV-00217 BSM

**JIMMY D. BRUCE, JR., Agent,**
**Probation & Parole Officer, Arkansas**
**Community Corrections; DOES, Agent,**
**Probation & Parole Officer, Arkansas**
**Community Corrections**                                                                      **DEFENDANTS**

## ORDER

Kevin Sullivan's motion for copies [Doc. No. 47] is granted in part and denied in part. The Clerk is directed to send Sullivan a copy of the order and judgment [Doc. Nos. 21 and 22] dismissing this case along with a copy of the docket sheet. Sullivan's request for state records is denied because this court does not maintain those records.

IT IS SO ORDERED this 26th day of March, 2024.

UNITED STATES DISTRICT JUDGE